WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br>Stacy Michelle Da Vinci,<br>    Defendant. | 13-138M<br><br>**DETENTION ORDER** |

    Defendant was released on her own recognizance on April 29, 2013. Defendant failed to appear for a Status Hearing re: Video Depositions set May 2, 2013 and a bench warrant was issued. Defendant was arrested and appears before the Court with counsel.

    The Court finds that defendant violated at least one condition of her release. Further, that defendant is unlikely to abide by any condition or combination of conditions of release.

    The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

///

///

1     IT IS THEREFORE ORDERED that the defendant's release is revoked and
2 she is detained pending further order of the Court.
3 DATED this 16th day of May, 2013.

                                             Michelle H. Burns for Edward C. Voss
                                             United States Magistrate Judge